IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CV-321-F

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. )
) **DEFAULT**
$31,900.00 IN U. S. CURRENCY, )
)
        Defendant. )

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendant for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 16th day of March, 2012.

                                      JULIE A. RICHARDS
                                      Clerk

                         BY: _____
                                      Clerk
                                      United States District Court